No. 77–6095. SAWYER *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 77–6202. ST. JOHN *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 77–6378. THOMAS *v.* GEORGIA; and
No. 77–6424. CORN *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 77–6542. HOPSON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 77–1088. CHESTNUTT CORP. *v.* GALFAND ET AL., 435 U. S. 943;
No. 77–1142. ROBLES *v.* UNITED STATES, 435 U. S. 925;
No. 77–5644. JENKINS *v.* DISTRICT OF COLUMBIA, 434 U. S. 1018;
No. 77–6080. BILLINGSLEY ET AL. *v.* SEIBELS, MAYOR OF BIRMINGHAM, ET AL., 435 U. S. 929; and
No. 77–6107. MITCHELL *v.* HOPPER, WARDEN, 435 U. S. 937. Petitions for rehearing denied.